# IN THE SUPREME COURT OF THE STATE OF NEVADA

AHMED ELNENAEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE T.
ARTHUR RITCHIE, JR., DISTRICT
JUDGE,
Respondents,
   and
MERVAT O. ELNENAEY; AND
ELSAYED ELNENAEY,
Real Parties in Interest.

No. 72869

**FILED**

JUN 02 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER RESOLVING MOTIONS, DIRECTING CLERK TO TRANSFER DOCUMENTS TO DOCKET NO. 72172, AND ADMINISTRATIVELY CLOSING DOCKET NO. 72869

This pro se writ petition was docketed as a new matter without payment of the filing fee. Pending before the court are petitioner's motions: (1) to file an "oversized" writ petition; and (2) to consolidate this matter with the writ petition pending in Docket No. 72172 (which has been transferred to the Court of Appeals), or, in the alternative, to waive the filing fee.

With regard to petitioner's motion to file an "oversized" writ petition, NRAP 21 does not place a page limitation on writ petitions; the motion is therefore denied as moot. Regarding petitioner's motion to consolidate or waive the filing fee, it would appear that the instant writ petition should have been filed as an amended writ petition in Docket No. 72172 rather than docketed as a new matter. Accordingly, we waive the filing fee in Docket No. 72869, direct the clerk of this court to transfer all

documents filed in Docket No. 72869 to Docket No. 72172, and direct the clerk to administratively close Docket No. 72869.

It is so ORDERED.

_____ Cherry , C.J.

cc:　Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
　　Ahmed Elnenaey
　　Elsayed Elnenaey
　　Pecos Law Group
　　Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A